It is our conclusion that if Wilmer Langlois, defendant, was at fault and negligent the plaintiff Davis and Miss Waddell shared his fault and negligence, and that their fault and negligence served, with that of Wilmer Langlois, to bring about the collision, the death of Miss Waddell, and the injury of Davis.

For these reasons, the judgment appealed from will be affirmed.

Judgment affirmed; plaintiff-appellant to pay the cost in both courts.

### Ernest DAVIS v. Wilmer LANGLOIS et al.
### No. 1406.

Court of Appeal of Louisiana. First Circuit.
Jan. 21, 1935.

J. Y. Sanders, Jr., and Ben R. Miller, both of Baton Rouge, for appellant.

Chas. A. Holcombe, of Baton Rouge, for appellees.

ELLIOTT, Judge.

In this case, for the reasons assigned in the consolidated cases, Waddell v. Langlois et al. (La. App.) 158 So. 665, in acting on the appeal in case No. 7169 the judgment appealed from is affirmed; plaintiff-appellant to pay the cost in both courts.

### Frederick F. WADDELL v. ISTROUMA WATER CO., Inc., et al.
### No. 1407.

Court of Appeal of Louisiana. First Circuit.
Jan. 21, 1935.

J. Y. Sanders, Jr., and Ben R. Miller, both of Baton Rouge, for appellant.

Chas. A. Holcombe, of Baton Rouge, for appellees.

ELLIOTT, Judge.

In this case, for the reasons assigned in the consolidated cases, Waddell v. Langlois (La. App.) 158 So. 665, in acting on the appeal in case No. 7169 the judgment appealed from herein is affirmed; plaintiff-appellant to pay the cost in both courts.

### Ernest DAVIS v. ISTROUMA WATER CO., Inc., et al.
### No. 1408.

Court of Appeal of Louisiana. First Circuit.
Jan. 21, 1935.

J. Y. Sanders, Jr., and Ben R. Miller, both of Baton Rouge, for appellant.

Chas. A. Holcombe, of Baton Rouge, for appellees.

ELLIOTT, Judge.

In this case, for the reasons assigned in the consolidated cases, Waddell v. Langlois (La. App.) 158 So. 665, in acting on the appeal in case No. 7169, the judgment appealed from herein is affirmed; plaintiff-appellant to pay the cost in both courts.

### BOUDREAUX v. MOON OIL CO., Inc.
### (McLEAN, Intervener).
### No. 1411.

Court of Appeal of Louisiana. First Circuit.
Jan. 21, 1935.

